## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA

V.

SAMUEL N. ROBINSON,

**WARRANT FOR ARREST**

Case Number: 06-M-7236

RECEIVED 2006 DEC -4 P 3: 51
US MARSHALS SERVICE CENTRAL ILLINOIS

FILED
DEC - 6 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Samuel N. Robinson__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly distributing more than five grams of a mixture and substance containing cocaine base ("crack"), a Schedule II controlled substance,

in violation of Title 21, United States Code, Section(s) 841.

David G. Bernthal
Name of Issuing Officer

s/ David G. Bernthal
Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

November 30, 2006, Urbana, Illinois
Date and Location

BAIL FIXED AT $ NONE   by David G. Bernthal
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above named defendant at Champaign, IL

| Date Received | Name of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 12/04/06 | Glenn Hous | Tony Holler |
| Date of Arrest | Title of Arresting Officer | |
| 1/29/06 | DEA S/A | |